# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 23, 2022

### NO. 03-20-00564-CV

**Scientific Machine & Welding, Inc., Appellant**

**v.**

**Kevin Rose, Appellee**

## APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES BAKER, TRIANA, AND SMITH
## AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the order granting summary judgment signed by the trial court on October 26, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's summary-judgment order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.